

In The

Court of Appeals

Seventh District of Texas at Amarillo

_____

No. 07-14-00097-CR

_____

FREDDIE LIENDO ZAMORA, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law No. 2
Potter County, Texas
Trial Court No. 138,213-2; Honorable Pamela Cook Sirmon, Presiding

April 2, 2014

MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and PIRTLE, JJ.

Following a plea of not guilty, Appellant, Freddie Liendo Zamora, was convicted of the Class A misdemeanor offense of driving while intoxicated. Pending before this Court is Appellant's Motion to Dismiss Appeal in which he moves to have his notice of appeal withdrawn and this appeal dismissed. As required by Rule 42.2(a) of the Texas Rules of Appellate Procedure, the motion is signed by Appellant and his attorney. No

decision of this Court having been delivered, the motion is granted, and the appeal is dismissed. No motion for rehearing will be entertained, and our mandate will issue forthwith.


Patrick A. Pirtle
Justice

Do not publish.